

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EILEEN MORIAH RUIZ, | § | No. 08-24-00397-CR |
| Appellant, | § | Appeal from the |
| v. | § | 210th Judicial District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC#20220D04904) |

## MEMORANDUM OPINION

This appeal is before the Court on Appellant's voluntary motion to dismiss. *See* Tex. R. App. P. 42.2(a) (governing voluntary dismissal of appeals in criminal cases). The motion is signed by Appellant and her counsel, as required by Rule 42.2(a), and states that she wishes to withdraw her appeal. *Id.* Accordingly, we grant the motion to dismiss and dismiss the appeal. *Id.*


JEFF ALLEY, Chief Justice

December 9, 2024

Before Alley, C.J., Palafox and Soto, JJ.

(Do Not Publish)